FILE COPY

No. 07-19-00030-CR

| | | |
|---|---|---|
| Gilbert Mendez<br>  Appellant | § | From the 399th District Court<br>  of Bexar County |
| | § | |
| v. | | December 17, 2019 |
| | § | |
| The State of Texas<br>  Appellee | § | Opinion by Chief Justice Quinn |

## **J U D G M E N T**

Pursuant to the opinion of the Court dated December 17, 2019, it is ordered, adjudged and decreed that the judgment of the trial court be affirmed.

Inasmuch as this is an appeal *in forma pauperis*, no costs beyond those that have been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o